IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00941-WYD

BERNADINE KIRKLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on Defendant's Unopposed Motion for Withdrawal of Counsel (ECF No. 14).  Having reviewed that motion, and finding good cause for the requested relief, the motion is **GRANTED**.  Accordingly, it is

    ORDERED that M. Thayne Warner is hereby withdrawn as counsel of record for the Commissioner.  Defendant will continue to be represented by another attorney at the Social Security Administration's Office of General Counsel, Stephanie Kiley.

    IT IS FURTHER ORDERED that the electronic mail notification to M. Thayne Warner is terminated in this case.

    Dated:  September 17, 2015

                                      BY THE COURT:

                                      */s/ Wiley Y. Daniel*
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE