IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-00941-WYD

BERNADINE KIRKLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Daniel, J.

    THIS MATTER is before the Court upon review of the file. The **October 7, 2015** deadline for filing an optional Reply Brief having passed in this social security appeal, briefing is deemed complete and the case is ready for reassignment to a merits judge under this Court's local rules. Accordingly, the clerk of the court shall reassign this matter to a judicial officer for a decision on the merits pursuant to D.C.COLO.LCivR 40.1.

    Dated: October 21, 2015

                                            BY THE COURT:

                                            */s/ Wiley Y. Daniel*
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE